UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

IN RE: GRAND JURY SUBPOENAS | Case No. 3:23MJ43 (RMS)

**RENEWED NONDISCLOSURE ORDER**

The United States has submitted an application pursuant to 18 U.S.C. § 2705(b), requesting that the Court issue an Order commanding **People Media, Inc.** (hereinafter "the Provider"), an electronic communication service provider and/or a remote computing service, not to notify any person (including the subscribers or customers of the account(s) listed in the subpoena) of the existence of the grand jury subpoena **N-22-1-4 (36)** (hereinafter "the Subpoena"), until June 20, 2025, absent further order of the Court.

The Court determines that there is reason to believe that notification of the existence of the Subpoena will result in flight from prosecution, destruction of or tampering with evidence, intimidation of potential witnesses, and otherwise seriously jeopardize the investigation. *See* 18 U.S.C. § 2705(b).

IT IS THEREFORE ORDERED under 18 U.S.C. § 2705(b) that the Provider shall not disclose the existence of the Subpoena to the listed subscriber or to any other person, until June 20, 2025, except that the Provider may disclose the Subpoena to an attorney for the Provider for the purpose of receiving legal advice.

It is so ordered this 12th day of December 2024, at New Haven, Connecticut.

_____
HON. ROBERT M. SPECTOR
UNITED STATES MAGISTRATE JUDGE